# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00020-CR

**Israel Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-08-205656, HONORABLE KAREN SAGE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on March 31, 2016. On counsel's motions, the deadline for filing was extended to July 1, 2016. Appellant's counsel has now filed a fourth motion requesting that the Court extend the time for filing appellant's brief an additional 30 days. We grant the motion for extension of time and order appellant to file a brief no later than August 1, 2016. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered June 29, 2016.

Before Justices Puryear, Goodwin, and Field

Do Not Publish